373 A.2d 1153

Walburn, Appellant, v. Nationwide Mutual
Insurance Company.

Argued September 20, 1976. Richard C. Angino, with him Hurwitz, Klein, Benjamin & Angino, for appellant; Clyde W. McIntyre, with him Delano M. Lantz, for appellee.

Order affirmed.